■ ARTHUR D. SHAW, JR., et al., Appellant, v CITY OF NEW YORK, Respondent. — Judgment, Supreme Court, New York County (Stanley Ostrau, J.), entered

---

* Not published with other decisions of July 21, 1983, 96 AD2d 644. [Rep.

on July 7, 1982, unanimously affirmed on the opinion of Stanley Ostrau, J., without costs and without disbursements. Concur — Murphy, P. J., Kupferman, Carro, Silverman and Kassal, JJ.